June 22, 2012

Mr. Jeffery T. Nobles
Beirne Maynard & Parsons LLP
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056
Mr. Marc G. Rosenthal
Rosenthal & Watson, PC.
6601 Vaught Ranch Road, Suite 200
Austin, TX 78730

RE: Case Number: 09-0745
 Court of Appeals Number: 13-08-00628-CV
 Trial Court Number: 2008-03-1636-E

Style: FREEDOM COMMUNICATIONS, INC., D/B/A THE BROWNSVILLE HERALD AND
 VALLEY MORNING STAR
 v.
 JUAN ANTONIO CORONADO, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Aurora De La |
| |Garza |